IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

| | |
|---|---|
| Criminal Case No. 15-CR-267-MSK-GPG | Court Deputy: P. Howell |
| Date: August 10, 215 | Recorder: Grand Junction |
| | |
| UNITED STATES OF AMERICA, | AUSA Robert Brown |
| Plaintiff | |
| | |
| v | |
| | |
| MAURO EMILO PENNINI, | Steven Laiche |

_____
Court Minutes-Hearing RE: Conditions of Release
_____

1:17 p.m.

Defendant appeared in custody with attorney Steven Laiche. AUSA Robert Brown appeared.

Defendant withdraws Motion to Set Conditions of Release.

Motions Hearing remains set for September 14, 2015 at 9:00 a .m.

Hearing concluded at 1:18 p.m.
Hearing duration: 1 minute.